# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEMETRIUS STAPLES,            )
BABATUNDE OWOSENI, and        )
ANDREW DILLON,                )
                              )
    Plaintiffs,               )
                              )
vs.                           )   Case No. 13-cv-00911-JPG-PMF
                              )
PARAGON SYSTEMS, INC. d/b/a   )
PARASYS, INC. *et al.*,       )
                              )
                              )
    Defendants.               )

## MEMORANDUM AND ORDER

This matter comes before the court on Plaintiffs' Emergency Motion (Doc. 68) to Designate Materials to be Included in the Record on Appeal. Circuit Rule 10(a) provides that the appellant has 14 days from the filing of the notice of appeal to inform the district court clerk of any excluded items that need to be included in the record.

Plaintiffs filed their Notice of Appeal on November 26, 2014 and the instant motion was filed on December 31, 2014. As such, Plaintiffs have failed to inform the district court clerk within the required 14 days.

Therefore, Plaintiffs' Emergency Motion (Doc. 68) to Designate Materials to be Included in the Record on Appeal is **DENIED**.

    **IT IS SO ORDERED.**

    **DATED:** 1/6/2015

                                       s/J. Phil Gilbert
                                       **J. PHIL GILBERT**
                                       **DISTRICT JUDGE**