## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS STAPLES, BABATUNDE OWOSENI, and ANDREW DILLON,<br><br>Plaintiffs,<br><br>vs.<br><br>PARAGON SYSTEMS, INC. d/b/a PARASYS, INC. *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 13-cv-00911-JPG-PMF<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

This matter comes before the court on Plaintiffs' Motion Seeking to Correct or Modify Record (Doc. 70) pursuant to Circuit Rule 10(b). Plaintiffs are requesting that this Court supplement the record on appeal with Appellants' Exhibits 1-8 that were submitted via email to Magistrate Judge Phillip M. Frazier in preparation for a discovery dispute conference call set for June 16, 2014.

The Court notes that the discovery dispute conference call set for June 16, 2014, was not held. As such, the documents submitted via email in preparation for the call were not considered by this Court and are not a material omission to the record.

Therefore, Plaintiffs' Motion Seeking to Correct or Modify Record (Doc. 70) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** 1/23/2015

                                                   s/J. Phil Gilbert
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**